IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTONIO J. BARNETT, | ) |
|     Petitioner, | ) Civil Action No. 7:06-cv-00244 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| TERRY O'BRIEN, WARDEN, | ) By: Hon. James C. Turk |
|     Respondent. | ) Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2241, shall be and hereby is **DISMISSED** without prejudice and stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 28th day of April, 2006.

                                                                      _/s/ James C. Turk_
                                                           Senior United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 28 2006
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk